**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JASON CONTRERAS, *Plaintiff* | § § § | |
| v. | § § | Case No.  SA-25-CA-00877-XR |
| SEWELL   CADILLAC   OF   SAN ANTONIO, *Defendant* | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this date the Court considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation in the above-numbered and styled case, filed December 30, 2025. ECF No. 8.

Plaintiff Jason Conteras initiated this action alleging that Defendant wrongfully "refused to honor" a "notarized Bill of Exchange."[1] Plaintiff moved to proceed *in forma pauperis*, and Magistrate Judge Farrer evaluated his application. ECF Nos. 4, 5.

On October 9, 2025, the Magistrate Judge found that Plaintiff failed to provide sufficient information to enable the Court to evaluate his application. ECF No. 5. The Magistrate Judge held Plaintiff's application in abeyance and ordered Plaintiff to either supplement his application or pay the filing fee. ECF No. 5. The Magistrate Judge allowed Plaintiff 45 days to do so. *Id*. After Plaintiff failed to respond, the Magistrate Judge provided him with another 21 days to comply while noting that failure to do so would warrant dismissal of this case. ECF No. 6. This final deadline passed on December 25, 2025, without a response from Plaintiff. ECF No. 8.

---

[1] ECF No. 1 at 3, 5.  Plaintiff claimed that this refusal violated the Uniform Commercial Code, Texas Finance Code, the Federal Constitution, the United Nations Commission on International Trade Commercial Instruments Law. *Id.* at 2–3. He also alleges that it was a breach of a fiduciary duty that Defendant owed him. *Id.*

Consequently, the Magistrate Judge recommends that the Court deny Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 4) and dismiss this action without prejudice. ECF No. 8.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file his or her written objections within fourteen days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). The Magistrate Judge's recommendation was mailed by certified mail to Plaintiff's address of record on January 5, 2026.[2] No objections have been filed.

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a *de novo* review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").

The Court has reviewed the Report and Recommendation and finds it to be neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Accordingly, the Court **ACCEPTS** the Magistrate Judge's recommendation and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. A final judgment pursuant to Rule 58 will follow.

The Clerk is **DIRECTED** to mail a copy of this Order to Jason Contreras at 5342 La Cresenta St., San Antonio, Texas 78228.

---

[2] ECF No. 9. This recommendation was returned undeliverable, indicating that Plaintiff has failed to keep the Court informed of his address. ECF No. 10.

It is so **ORDERED**.

**SIGNED** this 5th day of February, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE